IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1339-OES
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

PATRICK R. CASTELLANO,

    Petitioner,

v.

JEAN HILL,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
JUL 22 2005
GREGORY C. LANGHAM
CLERK

## ORDER DIRECTING PETITIONER TO CURE DEFICIENCY

Petitioner Patrick R. Castellano initiated this action in the United States District Court for the District of Oregon (District of Oregon) by submitting a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, an application to proceed *in forma pauperis*, and a motion for appointment of counsel. On July 18, 2005, the District of Oregon ordered the action transferred to this court. The court has determined that the documents are deficient as described in this order. Petitioner will be directed to cure the following if he wishes to pursue his claims. Any papers that the petitioner files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   ___   is not submitted
(2)   ___   is missing affidavit
(3)   XX   is missing certified copy of prisoner's trust fund statement for the 6-month period <u>immediately preceding</u> this filing
(4)   ___   is missing required financial information
(5)   ___   is missing an original signature by the prisoner

(6) XX      is not on proper form (must use the court's current form)
(7) __      names in caption do not match names in caption of complaint, petition or habeas application
(8) __      An original and a copy have not been received by the court. Only an original has been received.
(9) XX      other  motion only necessary if $5.00 filing fee is not paid

**Complaint, Petition or Application:**
(10) __     is not submitted
(11) XX     is not on proper form (must use the court's current form)
(12) __     is missing an original signature by the prisoner
(13) __     is missing page nos. ___
(14) __     uses et al. instead of listing all parties in caption
(15) __     An original and a copy have not been received by the court. Only an original has been received.
(16) __     Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) __     names in caption do not match names in text
(18) __     other _____

Accordingly, it is

ORDERED that the petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the petitioner files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the petitioner, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action; Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that if the petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the petition will be

denied and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 21st day of July, 2005.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01339-OES

Patrick R. Castellano
Sid No. 8914045
Snake River Corr. Instit.
777 Stanton Blvd
Ontario, OR 97914

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** to the above-named individuals on 7/22/05

GREGORY C. LANGHAM, CLERK

By: /s/ Andrea
Deputy Clerk